Lawrence H. Meuers, Esq. (SBN: 197663)
**MEUERS LAW FIRM, P.L.**
5395 Park Central Court
Naples, FL 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CHARLIE'S ENTERPRISES, INC. dba BERTI PRODUCE,<br><br>**Plaintiff,**<br><br>vs.<br><br>COOSEMANS SAN FRANCISCO, INC.; MICHAEL A. MURPHY, MIGUEL GONZALEZ and RYNELLA COOSEMANS,<br><br>**Defendants.** | Case No. 3:09-cv-01741-VRW |

**[PROPOSED] ORDER APPROVING STIPULATION FOR SETTLEMENT UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT OF 1930**

Presently before this Court is the Stipulation For Settlement Under The Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §499e filed by Plaintiff, Berti Produce-San Francisco, Inc., and Defendants, Coosemans San Francisco and Miguel Gonzalez. Having considered the Stipulation and being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED:**

A. Berti Produce is a valid trust beneficiary of Coosemans San Francisco under Section 5(c) of the PACA, 7 U.S.C. §499e(c), in the aggregate amount of

$124,442.16, inclusive of pre-judgment interest and attorneys' fees as of the date of this Order (the "Settlement Amount").

B. The Settlement Amount shall be paid in accordance with the terms of the Parties' Settlement Agreement and Mutual Release ("Agreement").

C. Upon full payment of $124,442.16, Berti Produce will dismiss the instant Action with Prejudice.

D. In the event of a Default (as defined in ¶7 of the Agreement), upon Plaintiff's filing of an *ex-parte* verified motion seeking entry of the Final Judgment, the Final Judgment attached hereto as Exhibit "A" shall be issued by this Court in favor of Plaintiff and against Coosemans San Francisco and Miguel Gonzalez, jointly and severally, in the amount of One Hundred Twenty Four Thousand, Four Hundred Forty Two Dollars and 16/100 Dollars ($124,442.16), plus attorneys' fees incurred in enforcing the terms of this Agreement, less any payments made (the "Outstanding Balance").

E. The case against Michael A. Murphy and Rynella Coosemans is hereby stayed pending full payment and dismissal. If not dismissed, Plaintiff shall file a status report on June 1, 2009 advising the Court of the status of this matter.

F. The Temporary Restraining Order dated April 24, 2009 is hereby vacated, and the bond posted by Plaintiff shall be released.

**IT IS SO ORDERED.**

Dated: May 4, 2009

_____
Vaughn R. Walker
United States District Chief Judge

Copies to the parties.