**IT IS SO ORDERED**

*Judge Vaughn R Walker*

1  Lawrence H. Meuers (SBN 197663)
   MEUERS LAW FIRM, P.L.
2  5395 Park Central Court
   Naples, FL 34109
3  Telephone:  (239)513-9191
   Facsimile: (239)513-9677
4  lmeuers@meuerslawfirm.com

5  Counsel for Plaintiff

6

7

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9                  SAN FRANCISCO DIVISION

10 | BERTI PRODUCE-SAN FRANCISCO, INC., | Case No.:  09-cv-1741
11 | Plaintiff, | PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE
12 | vs. |
13 | COOSEMANS SAN FRANCISCO, INC., MICHAEL A. MURPHY, MIGUEL GONZALEZ, and RYNELLA COOSEMANS, |
14 |   |
15 |   |
16 | Defendants. |

17    **PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(i) of the Federal Rules of

18 Civil Procedure, Plaintiff Berti Produce-San Francisco, Inc., by and through its

19 undersigned counsel hereby dismiss the above-entitled action against Defendants

20 Coosemans San Francisco, Inc., Michael A. Murphy,  Miguel Gonzalez, and Rynella

21 Coosemans with prejudice.  Each party is to bear its own attorneys' fees and costs.

22    Respectfully submitted on Friday, May 29, 2009.

23                               **MEUERS LAW FIRM, P.L.**

24

25                                 s/ Lawrence H. Meuers
                               Lawrence H. Meuers (SBN 197663)
                               5395 Park Central Court
26                             Naples, Florida   34109
                               Telephone: (239) 513-9191
27                             Facsimile:  (239) 513-9677
                               lmeuers@meuerslawfirm.com
28                             *Counsel for Plaintiff*